# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-1914

———————

Sherwin Brown,

      Appellant,

   v.

SunAmerica, Inc.; SunAmerica
Securities, Inc.,

      Appellees.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*  [UNPUBLISHED]
\*

———————

Submitted: April 28, 2005
Filed:  May 3, 2005

———————

Before BYE, RILEY, and COLLOTON, Circuit Judges.

———————

PER CURIAM.

Sherwin Brown appeals the district court's[1] orders (in two civil actions he brought) denying his motion to vacate an arbitration award, confirming the award, and granting summary judgment to defendants. Having carefully reviewed the record, we conclude that the district court did not err in confirming the arbitration award or in granting summary judgment.  Accordingly, we affirm.  See 8th Cir. R. 47B.

———————

[1] The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota.